## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 19-629 (KSH) |
| IBN WILLIAMS | : | **AMENDED SCHEDULING ORDER** |

This matter having come before the Court for a telephonic Status Conference on April 21, 2020 to discuss scheduling given the current COVID-19 pandemic, with the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (Tracey Agnew, Assistant U.S. Attorney, appearing), and the Defendant Ibn Williams being represented by Adalgiza Nunez, Esq.; and defense counsel necessarily waived Defendant's appearance because of the COVID-19 pandemic and the inability to produce the defendant for an in-court appearance, *see* Standing Order 20-09, as well as the Status Conference being limited to scheduling matters; and the Court, in consultation with the parties, having determined that an in-person status conference with the Defendant present will be conducted upon the ability to do in open court; and, in the interim, that a schedule for pretrial motions will be set; and for good cause shown,

It is on this 22nd day of April, 2020:

ORDERED that the following shall be the schedule for any pretrial motions in this matter:

a) Any pretrial motions shall be filed on or before June 5, 2020;

b) Oppositions shall be filed on or before June 26, 2020;

    c) Replies shall be filed on or before July 10, 2020; and

    d) After submission and review of briefing materials the Court shall set a date for oral argument; and it is further

ORDERED that the Court shall, in consultation with the parties, conduct a pretrial conference following the disposition of the pretrial motion(s). At that time and as appropriate, the schedule will be set for exchange of exhibits and associated objections; production of Jencks and *Giglio* materials; production of Rule 404(b) material by the Government and reverse 404(b) material by the defense; briefing of *in limine* motions; submissions of voir dire requests and requests to charge; and jury selection.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge